# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

INDEX NO: 20-CV-3317
File No: 20AF004
Ph: 718 268-2616

Attorneys: ARTHUR H. FORMAN
Address: 98-20 METROPOLITAN AVENUE, FOREST HILLS, NY 11375

RAMANAND RAMAH — PLAINTIFF(S)

-against-

138 HILLSIDE AVE INC d/b/a QUEENS HILL SERVICE STATION and ARSHAD HUSSAIN — DEFENDANT(S)

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS**, being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **7/24/20** at **11:15 AM** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **ARSHAD HUSSAIN** defendant therein named at **QUEENS HILL SERVICE STATION, 138-50 HILLSIDE AVENUE, JAMAICA, NY 11435**

**SERVICE UPON PERSON OF SUITABLE AGE**  X

By gaining admittance to said property and delivering to and leaving with **SANNAN (MANAGER)** Who is a person of suitable age and discretion, who resides or is employed at the premises a true Copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for each and every defendant named therein

**MAILING**  X

That on **7/25/20**, deponent mailed true copies of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** in a postpaid sealed first class wrapper properly addressed to defendant at defendant's **PLACE OF BUSINESS,** and deposited wrapper in a post office of the United States Postal Service within New York State. The mailing was made to the address bearing "Personal & Confidential" and not indicating "Legal Action"

**DESCRIPTION OF RECIPIENT**  X

Sex: **M**  Skin: **LIGHT BROWN**  Hair: **BLACK**  Age: **EARLY/MID 30'S**
Height: **6'0"**  Weight: **190 LBS**  Other Identifying Features: _____

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 7/27/20

ATHANASIA CHRISOMALLIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CH6262541
Qualified in Queens County
My Commission Expires 05-29-2024