# AFFIDAVIT OF SERVICE

INDEX NO: 20-CV-3317

UNITED STATES DISTRICT COURT
FOR THE **EASTERN** DISTRICT OF NEW YORK

| Attorneys: ARTHUR H. FORMAN | Ph: 718 268-2616 | File No: 20AF004 |
|---|---|---|
| Address: 98-20 METROPOLITAN AVENUE, FOREST HILLS, NY 11375 | | |

RAMANAND RAMAH                  **PLAINTIFF(S)**
-against-
138 HILLSIDE AVE INC d/b/a QUEENS HILL          **DEFENDANT(S)**
SERVICE STATION and ARSHAD HUSSAIN

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS**, being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **7/24/20** at **11:15 AM** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **138 HILLSIDE AVE INC** defendant therein named at **QUEENS HILL SERVICE STATION, 138-50 HILLSIDE AVENUE, JAMAICA, NY 11435**

SERVICE
UPON PERSON OF
SUITABLE AGE

**X**

By gaining admittance to said property and delivering to and leaving with **SANNAN(MANAGER)** Who is a person of suitable age and discretion, who resides or is employed at the premises a true Copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for each and every defendant named therein

MAILING

**X**

That on **7/25/20**, deponent mailed true copies of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** in a postpaid sealed first class wrapper properly addressed to defendant at defendant's PLACE OF **BUSINESS,** and deposited wrapper in a post office of the United States Postal Service within New York State. The mailing was made to the address bearing "Personal & Confidential" and not indicating "Legal Action"

DESCRIPTION OF
RECIPIENT

**X**

Sex: **M**   Skin: **LIGHT BROWN** Hair: **BLACK**   Age: **EARLY/MID 30'S**
Height: **6'0"**   Weight: **190 LBS**   Other Identifying Features: _____:

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 7/07/20

ATHANASIA CHRISOMALLIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CH6262541
Qualified in Queens County
My Commission Expires 05-29-2024